```
DANIEL P. WESTMAN (CA SBN 108145)
MORRISON & FOERSTER LLP
1650 Tysons Boulevard
Suite 400
McLean, Virginia 22102
Telephone: 703.760.7700
Facsimile: 703.760.7777
Email: DWestman@mofo.com

Attorneys for Defendant
NEC CORPORATION OF AMERICA

MARK R. THIERMAN (CA SBN 72913)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: 775.284.1500
Facsimile:  775.703.5027
Email: laborlawyer@pacbell.net

Attorney for Plaintiff CHARLES HOGARTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>Plaintiff,<br><br>v.<br><br>NEC CORPORATION OF AMERICA, ET AL.<br><br>Defendants. | Case No. 3:08-cv-00677-DMS-BLM<br>Class Action<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NEC CORPORATION OF AMERICA TO RESPOND TO THE COMPLAINT<br><br>The Honorable Dana M. Sabraw |

PLEASE TAKE NOTICE that Defendant NEC Corporation of America ("Defendant") and Plaintiff Charles Hogarty ("Plaintiff") hereby jointly move the Court for an order allowing Defendant an extension of time in which to file a responsive pleading to Plaintiff's Complaint until May 30, 2008. Pursuant to Rule 6 of the Civil Pretrial & Trial Procedures of Judge Dana M. Sabraw, counsel for Defendant and Plaintiff have conferred regarding a potential Rule 12(b) motion that NEC may file regarding transfer of venue. Discussions regarding this potential motion are ongoing and may resolve the issues surrounding venue.

1    JOINT MOTION FOR EXTENSION OF TIME

va-238604

1  Accordingly, the instant request for an extension of time is supported by good cause, and
2  the parties believe that it is in the interest of judicial economy to grant the extension of time.

Dated: April 25, 2008                MORRISON & FOERSTER LLP


                                     By:   s/ Daniel P. Westman
                                           Daniel P. Westman,

                                           Attorney for Defendant
                                           NEC CORPORATION OF AMERICA


Dated: April 25, 2008                THIERMAN LAW FIRM


                                     By:   s/Mark R. Thierman
                                           Mark R. Thierman,

                                           Attorney for Plaintiff
                                           CHARLES HOGARTY

2   JOINT MOTION FOR EXTENSION OF TIME

va-238604