UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEC CORPORATION OF AMERICA, ET AL.<br><br>　　　　　Defendants. | Case No.  3:08-cv-00677-DMS-BLM<br>　　　　　　Class Action<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NEC CORPORATION OF AMERICA TO RESPOND TO THE COMPLAINT**<br><br>The Honorable Dana M. Sabraw |

　　　Good cause appearing, the parties' joint motion for extension of time is GRANTED.

　　　IT IS FURTHER ORDERED that Defendant NEC Corporation of America shall file a responsive pleading to the Complaint of Plaintiff Charles Hogarty on or before May 30, 2008.

　　　IT IS SO ORDERED.

Dated:  April 28, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DANA M. SABRAW
　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

1

va-238612