PETER J. ATTARIAN, JR. (#122990)
BLACKMAR, PRINCIPE & SCHMELTER, APC
600 B STREET, SUITE 2250
SAN DIEGO, CA 92101-4508
Telephone: 619.238.8900
Facsimile:   619.236.8180
Email: pattarian@bpslaw.net

Attorneys for Defendant
  Innovative Employee Solutions, Inc.

MARK R. THIERMAN (#72913)
THIERMAN LAW FIRM
7287 LAKESIDE DRIVE
RENO, NV 89511
Telephone: 775.284.1500
Facsimile:   775.703.5027
Email: laborlawyer@pacbell.net

Attorneys for Plaintiff
  Charles Hogarty

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>Plaintiff,<br><br>v.<br><br>NEC CORPORATION OF AMERICA, et al.,<br><br>Defendants. | CASE NO. 08-CV-677 DMS BLM<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT INNOVATIVE EMPLOYEE SOLUTIONS, INC. TO RESPOND TO THE COMPLAINT<br><br>Hon. Dana M. Sabraw |

PLEASE TAKE NOTICE that Defendant Innovative Employee Solutions, Inc. ("Defendant") and Plaintiff Charles Hogarty ("Plaintiff") hereby jointly move the Court for an order allowing Defendant an extension of time in which to file a responsive pleading to Plaintiff's Complaint until May 30, 2008. Pursuant to Rule 6 of the Civil Pretrial & Trial Procedures of Judge Dana M. Sabraw, counsel for Defendant and Plaintiff have conferred regarding a potential Rule 12(b) motion that may be filed by one or more defendants regarding transfer of venue. Discussions regarding this potential motion are ongoing and may resolve the issues surrounding venue.

///

1  Accordingly, the instant request for an extension of time is supported by good cause, and the
2  parties believe that it is in the interest of judicial economy to grant the extension of time.

3  Dated: April 30, 2008                                  BLACKMAR, PRINCIPE & SCHMELTER,
                                                          A Professional Corporation
4

5                                                         By:   s/Peter J. Attarian, Jr.
                                                                Attorneys for Defendant
6                                                               Innovative Employee Solutions, Inc.
                                                                Email: pattarian@bpslaw.net
7

8  Dated: April 30, 2008                                  THIERMAN LAW FIRM

9

10                                                        By:   s/Mark R. Thierman
                                                                Attorneys for Plaintiff
11                                                              Charles Hogarty
                                                                Email: laborlawyer@pacbell.net