# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>    Plaintiff,<br><br>    v.<br><br>NEC CORPORATION OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. 08-CV-677 DMS BLM<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT INNOVATIVE EMPLOYEE SOLUTIONS, INC. TO RESPOND TO THE COMPLAINT<br><br>Hon. Dana M. Sabraw |

Good cause appearing, the parties' joint motion for extension of time is GRANTED.

IT IS FURTHER ORDERED that Defendant Innovative Employee Solutions, Inc. shall file a responsive pleading to the Complaint of Plaintiff Charles Hogarty on or before May 30, 2008.

IT IS SO ORDERED.

DATED: April 30, 2008

                                                 HON. DANA M. SABRAW
                                                 United States District Judge