DANIEL P. WESTMAN (CA SBN 108145)
MORRISON & FOERSTER LLP
1650 Tysons Boulevard
Suite 400
McLean, Virginia 22102
Telephone: 703.760.7700
Facsimile: 703.760.7777
Email: DWestman@mofo.com

Attorneys for Defendant
NEC CORPORATION OF AMERICA

MARK R. THIERMAN (CA SBN 72913)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: 775.284.1500
Facsimile: 775.703.5027
Email: laborlawyer@pacbell.net

Attorney for Plaintiff CHARLES HOGARTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHARLES HOGARTY,<br><br>            Plaintiff,<br><br>   v.<br><br>NEC CORPORATION OF AMERICA, ET AL.<br><br>            Defendants. | Case No. 3:08-cv-00677-DMS-BLM<br>Class Action<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS NEC CORPORATION OF AMERICA, INNOVATIVE EMPLOYEE SOLUTIONS, INC., AND DYNAMIC STAFFING, INC. TO RESPOND TO THE COMPLAINT<br><br>The Honorable Dana M. Sabraw |
|---|---|

      PLEASE TAKE NOTICE that Defendants NEC Corporation of America, Innovative Employee Solutions, Inc., and Dynamic Staffing, Inc. ("Defendants") and Plaintiff Charles Hogarty ("Plaintiff") hereby jointly move the Court for an order allowing Defendants an extension of time in which to file a responsive pleading to Plaintiff's Complaint until June 30, 2008. Pursuant to Rule 6 of the Civil Pretrial & Trial Procedures of Judge Dana M. Sabraw, counsel for Defendants and Plaintiff have conferred regarding a potential Rule 12(b) motion that Defendants

1   JOINT MOTION FOR EXTENSION OF TIME

#241154 v1

may file regarding transfer of venue, and about potential settlement. Discussions regarding this potential motion and settlement are ongoing.

Accordingly, the instant request for an extension of time is supported by good cause, and the parties believe that it is in the interest of judicial economy to grant the extension of time.

Dated: May 29, 2008                     MORRISON & FOERSTER LLP


By:  _____/s/_____
     Daniel P. Westman,

     Attorney for Defendant
     NEC CORPORATION OF AMERICA


Dated: May 29, 2008                     THIERMAN LAW FIRM


By:  _____/s/_____
     Mark R. Thierman,

     Attorney for Plaintiff
     CHARLES HOGARTY


Dated: May 29, 2008                     LAW OFFICES OF S. ROSS
                                        KOCHENDERFER, P.C.


By:  _____/s/_____
     S. Ross Kochenderfer,

     Attorney for Defendant
     DYNAMIC STAFFING, INC.

| | | |
|---|---|---|
| 1 | Dated: May 29, 2008 | BLACKMAR, PRINCIPE & SCHMELTER, P.C. |

By: _____/s/_____
Peter J. Attarian,

Attorney for Defendant
INNOVATIVE EMPLOYEE
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NEC CORPORATION OF AMERICA, ET AL.<br><br>　　　　　　Defendants. | Case No.  3:08-cv-00677-DMS-BLM<br>Class Action<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS NEC CORPORATION OF AMERICA, INNOVATIVE EMPLOYEE SOLUTIONS, INC., AND DYNAMIC STAFFING, INC. TO RESPOND TO THE COMPLAINT<br><br>The Honorable Dana M. Sabraw |

Good cause appearing, the parties' joint motion for extension of time is GRANTED.

IT IS FURTHER ORDERED that Defendants NEC Corporation of America, Innovative Employee Solutions, Inc. and Dynamic Staffing, Inc. shall file a responsive pleading to the Complaint of Plaintiff Charles Hogarty on or before June 30, 2008.

Dated: _____, 2008

_____
DANA M. SABRAW
United States District Court Judge

COPY TO:

BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL