```
1  S. Ross Kochenderfer, Jr. (SBN 78829)
   LAW OFFICES OF S. ROSS KOCHENDERFER,
2  a Professional Corporation
   12210 Herdal Drive, Suite 11
3  Auburn, California 95603
   TELEPHONE: (530) 823-9858
4  FACSIMILE: (530) 823-0450
   EMAIL: Rklaw@pacbell.net
5
6  Attorney for DYNAMIC STAFFING, INC.
```



FILED
MAY 2 9 2008
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY, and on behalf of himself, the general public, and all other similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NEC Corporation of America, a Delaware corporation doing business in Virginia; INNOVATIVE EMPLOYEE SOLUATIONS, INC., a Colorado corporation doing business in California; DYNAMIC STAFFING, INC., a Nevada corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:08-CV-00677-DMS-BLM<br>Class Action<br><br>DEFENDANT DYNAMIC STAFFING, INC.'S ANSWER TO PLAINTIFF CHARLES HOGARTY'S COMPLAINT (UNVERIFIED) |

Defendant DYNAMIC STAFFING, INC., a Nevada corporation ("Defendant"), hereby answers the Complaint (Unverified) ("Complaint") of Plaintiff CHARLES HOGARTY ("Plaintiff"), as follows:

---
1
DEFENDANT DYNAMIC STAFFING, INC.'S ANSWER TO PLAINTIFF CHARLES HOGARTY'S COMPLAINT (UNVERIFIED)

## JURISDICTION AND VENUE

1. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations of paragraphs 1 and 2.

## PARTIES AND BACKGROUND

2. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations of paragraphs 3 of the Complaint.

3. Defendant admits the allegations of paragraph 4 of the Complaint to the extent DYNAMIC STAFFING, INC. is a Nevada corporation doing business within the State of California. Defendant has insufficient knowledge or information to form a belief as to the truth of the remaining allegations of paragraphs 4 of the Complaint.

4. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 5, 6, 7, 8, 9, and 10 of the Complaint.

## CLASS ACTION ALLEGATIONS

5. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 11, 12, 13, 14, 15, 16, 17 and 18 of the Complaint, and on that basis denies each.

## FIRST CAUSE OF ACTION

6. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 19 of the Complaint.

7. Defendant admits the allegations of paragraph 20 of the Complaint.

DEFENDANT DYNAMIC STAFFING, INC.'S ANSWER TO PLAINTIFF CHARLES HOGARTY'S COMPLAINT (UNVERIFIED)

8.   Defendant admits the allegations of paragraph 21 of the Complaint.

9.   Defendant denies the allegations of paragraph 22, 23, and 24 of the Complaint.

## SECOND CAUSE OF ACTION

10.   Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 25 of the Complaint.

11.   Defendant admits the allegations of paragraph 26 of the Complaint.

## THIRD CAUSE OF ACTION

12.   Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 27 of the Complaint.

13.   Defendant admits the allegations of paragraph 28 of the Complaint.

14.   Defendant denies the allegations of paragraph 29, 30, 31, 32, 33, and 34 of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense (Laches)

15.   Plaintiff's claims are barred, in whole or in part because this answering defendant alleges that Plaintiff's action is barred by the doctrine of laches.

### Second Affirmative Defense (Statute of Limitations)

16.   Plaintiff's claims are barred, in whole or in part because this answering defendant alleges that all claims for damages are barred by the provisions of the applicable statute of limitations.

### Third Affirmative Defense (Waiver)

17. Plaintiff's claims are barred, in whole or in part because this answering defendant alleges that Plaintiff knowingly and willingly affirmed and ratified conduct by defendant, and therefore, is precluded from any recovery herein by virtue of the doctrine of waiver.

### Forth Affirmative Defense (Off-Set)

18. Plaintiff's claims are barred, in whole or in part because this answering defendant alleges that he is entitled to a off-set against any recovery, if any be found for Plaintiff.

### Fifth Affirmative Defense (Conduct)

19. Plaintiff's claims are barred, in whole or in part because this answering defendant alleges that Plaintiff's damages, if any there be, are the sole and proximate result of the conduct of Plaintiff, and are in no way attributable to this answering defendant.

### Sixth Affirmative Defense (Mutual Mistake)

20. Plaintiff's claims are barred, in whole or in part because this answering defendant alleges that any assent to the terms of the alleged contracts and agreement as described in Plaintiff's Complaint were obtained through a unilateral and/or mutual mistake of fact.

### PRAYER FOR RELIEF

WHEREFORE, having fully answered and defended against the allegations of Plaintiff's Complaint, Defendant respectfully requests that this Court enter judgment in favor of Defendant DYNAMIC STAFFING, INC. against Plaintiff's claims as follows:

A. For dismissal with prejudice of all Plaintiff's claims against Defendant DYNAMIC STAFFING, INC.

B.  For Defendant's reasonable attorneys' fees incurred herein as otherwise provided by law;

C.  For Defendant's costs and expenses incurred herein; and

D.  For such other relief as the Court deems just and proper.

Dated: May 27, 2008

Law Offices of S. ROSS KOCHENDERFER, JR. a Professional Corporation

By: S. Ross Kochenderfer, Counsel for Defendant DYNAMIC STAFFING, INC.

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the County of Placer, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 12210 Herdal Drive, Suite 11, Auburn, California 96503. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service at our Auburn office; that under the business practice employed in such office, correspondence would be given the proper postage and deposited with the United States Postal Service the same day in the ordinary course of business;

On May 27, 2008, following ordinary course of business practices, I served the within

**DEFENDANT DYNAMIC STAFFING, INC.'S ANSWER TO PLAINTIFF CHARLES HOGARTY'S COMPLAINT (UNVERIFIED)**

On interested parties in this action by placing for deposit in the United States Postal Service, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepared, in the mail collection depository, for collection and mailing, at 12210 Herdal Drive, Suite 11, Auburn, California 95603, with envelope(s) address as follows, and by faxing a copy thereof to the fax numbers identified below:

| | |
|---|---|
| Daniel P. Westman<br>Morrison & Foerster, LLP<br>1650 Tysons Boulevard, St 400<br>McLean, Virginia 22101 | Mark R. Thierman<br>Theirman Law Firm<br>7287 Lakeside Drive<br>Reno, Nevada 89511 |
| FAX 703-760-7777 | FAX 775-703-5027 |

I declare under penalty of perjury that the above is true and correct. Executed May 27, 2008.



Daedra A. Schwartz