UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEC CORPORATION OF AMERICA, ET AL.<br><br>　　　　Defendants. | Case No. 3:08-cv-00677-DMS-BLM<br>Class Action<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS NEC CORPORATION OF AMERICA, INNOVATIVE EMPLOYEE SOLUTIONS, INC., AND DYNAMIC STAFFING, INC. TO RESPOND TO THE COMPLAINT<br><br>The Honorable Dana M. Sabraw |

Good cause appearing, the parties' joint motion for extension of time is GRANTED.

IT IS FURTHER ORDERED that Defendants NEC Corporation of America, Innovative Employee Solutions, Inc. and Dynamic Staffing, Inc. shall file a responsive pleading to the Complaint of Plaintiff Charles Hogarty on or before June 30, 2008.

Dated: _____May 30_____, 2008           _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL