UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY, on behalf of himself, the general public, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEC CORP. OF AMERICA, et al.,<br><br>    Defendants. | Case No. 08cv677-DMS (BLM)<br><br>**ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE AND SETTING TELEPHONIC CONFERENCE** |

On May 29, 2008, Defendant Dynamic Staffing filed an answer to the complaint. Doc. No. 9. Per the parties' joint motions, the district judge extended the deadline for the remaining Defendants to file responsive pleadings until June 30, 2008. Doc. No. 11 (order continuing deadline).

In light of the current status of the pleadings, this Court finds it inappropriate to convene an Early Neutral Evaluation Conference at this time. See Civ L.R. 16.1(c) (explaining that the "judicial officer shall hold [conferences] as he or she deems appropriate"). However, in order to determine the status of the case, a telephonic, attorneys-only Case Management Conference will be held on **July 2, 2008** at **9:00 a.m.** The Court shall initiate the

1 | call.  Failure of required counsel to participate may result in the
2 | imposition of sanctions.
3 | **IT IS SO ORDERED.**
4 | DATED:   <u>June 3, 2008</u>

*[signature: Barbara L. Major]*

BARBARA L. MAJOR
United States Magistrate Judge

7 | COPY TO:

8 | HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES