DANIEL P. WESTMAN (CA SBN 108145)
MORRISON & FOERSTER LLP
1650 Tysons Boulevard
Suite 400
McLean, Virginia 22102
Telephone: 703.760.7700
Facsimile: 703.760.7777
Email: DWestman@mofo.com

Attorneys for Defendant
NEC CORPORATION OF AMERICA

MARK R. THIERMAN (CA SBN 72913)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: 775.284.1500
Facsimile: 775.703.5027
Email: laborlawyer@pacbell.net

Attorney for Plaintiff CHARLES HOGARTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>Plaintiff,<br><br>v.<br><br>NEC CORPORATION OF AMERICA, ET AL.<br><br>Defendants. | Case No. 3:08-cv-00677-DMS-BLM<br>Class Action<br><br>JOINT MOTIONS FOR EXTENSION OF TIME FOR DEFENDANTS NEC CORPORATION OF AMERICA, INNOVATIVE EMPLOYEE SOLUTIONS, INC., AND DYNAMIC STAFFING, INC. TO RESPOND TO THE COMPLAINT, AND FOR SCHEDULING OF EARLY NEUTRAL EVALUATION<br><br>The Honorable Dana M. Sabraw |

PLEASE TAKE NOTICE that Defendants NEC Corporation of America, Innovative Employee Solutions, Inc., and Dynamic Staffing, Inc. ("Defendants") and Plaintiff Charles Hogarty ("Plaintiff") hereby jointly move the Court for an order allowing Defendants an extension of time in which to file a responsive pleading to Plaintiff's Complaint until July 28, 2008.

1    JOINT MOTION FOR EXTENSION OF TIME

#241154 v1

Pursuant to Rule 6 of the Civil Pretrial & Trial Procedures of Judge Dana M. Sabraw, counsel for Defendants and Plaintiff have conferred regarding a potential Rule 12(b) motion that Defendants may file regarding transfer of venue. The parties have also discussed potential settlement.

Plaintiffs and Defendants also jointly move the Court for the scheduling of an Early Neutral Evaluation conference prior to July 28, 2008, which the parties believe would present a significant opportunity to settle this litigation. All parties are available on July 10 or 14, 2008, if those dates are convenient to the Court.

Accordingly, the instant request for an extension of time is supported by good cause, and the parties believe that it is in the interest of judicial economy to grant the extension of time.

Dated: June 18, 2008              MORRISON & FOERSTER LLP


                                  By:      /s/
                                        Daniel P. Westman,

                                        Attorney for Defendant
                                        NEC CORPORATION OF AMERICA

Dated: June 18, 2008              THIERMAN LAW FIRM


                                  By:      /s/
                                        Mark R. Thierman,

                                        Attorney for Plaintiff
                                        CHARLES HOGARTY

Dated: June 18, 2008              LAW OFFICES OF S. ROSS
                                  KOCHENDERFER, P.C.


                                  By:      /s/
                                        S. Ross Kochenderfer,

                                        Attorney for Defendant
                                        DYNAMIC STAFFING, INC.

| | |
|---|---|
| Dated: June 18, 2008 | BLACKMAR, PRINCIPE & SCHMELTER, P.C.<br><br>By: _____/s/_____<br>Peter J. Attarian,<br><br>Attorney for Defendant<br>INNOVATIVE EMPLOYEE SOLUTIONS, INC. |