UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>           Plaintiff,<br><br>v.<br><br>NEC CORPORATION OF AMERICA, ET AL.<br><br>           Defendants. | Case No. 3:08-cv-00677-DMS-BLM<br>Class Action<br><br>ORDER GRANTING JOINT MOTIONS FOR EXTENSION OF TIME FOR DEFENDANTS NEC CORPORATION OF AMERICA, INNOVATIVE EMPLOYEE SOLUTIONS, INC., AND DYNAMIC STAFFING, INC. TO RESPOND TO THE COMPLAINT, AND FOR SCHEDULING EARLY NEUTRAL EVALUATION<br><br>The Honorable Dana M. Sabraw |

Good cause appearing, the parties' joint motion for extension of time is GRANTED.

IT IS FURTHER ORDERED that Defendants NEC Corporation of America, Innovative Employee Solutions, Inc. and Dynamic Staffing, Inc. shall file a responsive pleading to the Complaint of Plaintiff Charles Hogarty on or before July 28, 2008, and that this matter is referred to the Magistrate Judge for scheduling of an Early Neutral Evaluation.

Dated: ___June 19___, 2008

                                              DANA M. SABRAW<br>                                              United States District Court Judge

1  BARBARA LYNN MAJOR
   UNITED STATES MAGISTRATE JUDGE
2
3  ALL PARTIES/COUNSEL
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2   ORDER GRANTING JOINT MOTION FOR
    EXTENSION OF TIME

va-243292