UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY, on behalf of himself, the general public, and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>NEC CORP. OF AMERICA, et al.,<br><br>          Defendants. | Case No. 08cv677-DMS (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

    An Early Neutral Evaluation Conference was held in the above matter on July 17, 2008 at 1:30 p.m.  The case settled at this conference, and the parties drafted and signed a settlement agreement.

    The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **August 11, 2008**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day.  If

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **August 11, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **August 14, 2008** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: July 21, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
U.S. DISTRICT JUDGE

ALL COUNSEL