UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY, | Case No. 08cv677-DMS (BLM) |
| Plaintiff, | **ORDER VACATING SETTLEMENT** |
| v. | **DISPOSITION CONFERENCE** |
| NEC CORPORATION OF AMERICA, et al., | |
| Defendants. | |

A joint motion for dismissal has been submitted in this case.  Doc. No. 19.  The settlement disposition conference scheduled for August 14, 2008 at 9:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

DATED:  August 11, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
U.S. DISTRICT JUDGE

ALL COUNSEL