UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOGARTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEC CORPORATION OF AMERICA, ET AL.<br><br>　　　　　Defendants. | Case No. 3:08-cv-00677-DMS-BLM<br>Class Action<br><br>ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CLASS ACTION COMPLAINT<br><br>The Honorable Dana M. Sabraw<br>Magistrate Judge Barbara L. Major |

　　The Court has reviewed the Joint Motion for Approval of Settlement and Dismissal of Class Action Complaint dated August 11, 2008, and has reviewed the Confidential Settlement Agreement executed by the Parties.  Good cause appearing,

1  IT IS HEREBY ORDERED that the aforesaid motion is GRANTED, and the Complaint
2  is hereby DISMISSED WITH PREJUDICE.

Dated: August 12, 2008

_____
Hon. Dana M. Sabraw
U.S. District Judge